**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

For:   __X__   Debtor
       _____   Attorney
       _____   Creditor

*If joint case, please check the appropriate line as set out below:*

New address is for:        _____   Husband and Wife
                           _____   Husband Only
                           _____   Wife Only

*[If applicable]*      Case Name:    Nancy Rice

*[If applicable]*      Case Number:  09-35419-KRH

New Address: 5119 Downy Lane Apt 102

    City: Richmond        State: VA      Zip Code: 23228

Old Address: 35 Smith lane

    City: Cartersville    State: VA      Zip Code: 23027

New Telephone Number:

/s/ James M. Flaherty
Julia B. Adair (VSB # 45130)                        Boleman Law Firm, P.C.
Laura Taylor Alridge (VSB #42549)                   P. O. Box 11588
G. Russell Boleman III (VSB #32484)
John R. Bollinger (VSB #46672)                      Richmond, VA 23230-1588
Elizabeth C. Brogan (VSB #76539)                    Telephone (804) 358-9900
James M. Flaherty (VSB #68148)                      Facsimile (804) 358-8704
Trenya L. Futrell (VSB #71000)
Matthew R. Hahne (VSB # 68213)
Deanna H. Hathaway (VSB # 44150)
Patrick T. Keith (VSB #48446)
Mark C. Leffler (VSB #40712)
Sarah D. Ramage (VSB #78953)
Kathryn E. Smits (VSB #77337)
Barry W. Spear (VSB # 39152)
Sharon Choi Stuart (VSB #45026)
Suzanne E. Wade (VSB #31868)
Counsel for Debtor(s)

Date: May 25, 2011
cc:    Trustee, United States Trustee

Rev. 04/07